■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KENDRICKS, JR., Appellant.—Judgment unanimously reversed on the law and new trial granted *(see, People v Jackson,* 124 AD2d 975, *lv denied* 69 NY2d 746). (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—rape, first degree, and sodomy, first degree.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.

■ HARTFORD INSURANCE COMPANY, INC., Respondent, v GENERAL ACCIDENT GROUP INSURANCE COMPANY, INC., Appellant.—Order unanimously affirmed without costs for reasons stated at Special Term, Murphy, J. (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—dismiss complaint.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.

■ PHILIP ENGELDER, Respondent, v BARBARA C. WILLIAMS, as Administratrix of the Estate of HELEN M. CHAPIN, Deceased, Appellant.—Order unanimously affirmed with costs for reasons stated at Special Term, Sprague, J. (Appeal from order of Supreme Court, Alleghany County, Sprague, J.—execution.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.

■ In the Matter of DELORE FUENTES, Petitioner, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously annulled on the law and petition granted *(see, Matter of Lahey v Kelly,* 125 AD2d 923, *lv granted* 69 NY2d 608). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERONICA COTTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Wolfgang, J.—assault, first degree.) Present— Dillon, P. J., Callahan, Green, Pine and Lawton,. JJ.